1
2
3
4
5
6
7
8
9        UNITED STATES DISTRICT COURT
10       NORTHERN DISTRICT OF CALIFORNIA
11

| | |
|---|---|
| KAG WEST, LLC, a California limited liability company; THE KENAN ADVANTAGE GROUP, INC., a Delaware corporation,<br><br>Petitioners,<br><br>v.<br><br>PATRICK MALONE, an individual,<br><br>Respondent. | Case No. 15-CV-03827<br><br>(Assigned to the Hon. Thelton E. Henderson)<br><br>[~~PROPOSED~~] **ORDER FOR JOINT STIPULATION RE: BRIEFING SCHDULE FOR PETITION TO COMPEL ARBITRATION**<br><br>Case Filed: August 21, 2015 |

- 1 -

# [~~PROPOSED~~] ORDER

Having reviewed the Parties Joint Stipulation Re: Briefing Schedule for Petition to Compel, and good cause appearing, the Court hereby RULES AS FOLLOWS:

1. Respondent shall file and serve his responsive pleading and opposition to Petitioners' Petition to Compel Arbitration no later than September 18, 2015;

2. Petitioners reply brief in support of their Petition to Compel Arbitration shall be filed and served no later than October 5, 2015.

Dated: _____09/02_____, 2015

By: 

- 2 -