UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAG WEST, LLC, et al., | Case No. 15-cv-03827-TEH |
| Petitioners, | |
| v. | **ORDER CONSOLIDATING CASES AND CONTINUING CASE MANAGEMENT CONFERENCE** |
| PATRICK MALONE, | |
| Respondent. | |
| PATRICK MALONE, | Case No. 15-cv-04262-TEH |
| Plaintiff, | |
| v. | |
| KAG WEST, LLC, | |
| Defendant. | |

Having read the Parties' Joint Stipulation to Consolidate Related Cases and Continue the Case Management Conference (Docket No. 12 in Case No. 15-CV-04262-TEH), and good cause appearing, the Court HEREBY ORDERS as follows:

1.     The cases *KAG West, LLC, et al., v. Malone,* Case No. 15-CV-03827-TEH, and *Malone v. KAG West, LLC,* Case No. 15-CV-04262-TEH, shall be consolidated for all purposes;

2.     Both cases are stayed pending arbitration consistent with this Court's November 3, 2015 Order Granting Petitioners' Motion to Compel Arbitration (Docket No. 26 in Case No. 15-CV-03827); and

3.     The Case Management Conference currently set for Monday, November 23, 2015 at 1:30 PM is VACATED.

United States District Court
Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

Pursuant to the Court's November 3, 2015 Order, the parties shall file a joint statement in Case No. 15-CV-03827-TEH within ten days of the arbitrator's decision on arbitrability, or by February 1, 2016, whichever is sooner.

**IT IS SO ORDERED.**

Dated:   11/20/2015

THELTON E. HENDERSON
United States District Judge